JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 06-0092-AG(ANx) | Date | September 15, 2008 |
|---|---|---|---|
| Title | CASA HERRERA INC. v JC FORD COMPANY, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] ORDER DISMISSING CASE PURSUANT TO STIPULATION

Counsel having filed a stipulation to dismiss case on September 12, 2008, the Court orders this case DISMISSED WITH PREJUDICE.

_____ :   0

Initials of Preparer   lmb